## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 13 |
| **Kosk** | No. **10-50171** |
| Debtor | Hon. John H. Squires |

### RESPONSE TO NOTICE OF FINAL CURE - STATEMENT OF OUTSTANDING PAYMENT OBLIGATIONS

Kluever & Platt, LLC, BankUnited, files this, its Response to Notice of Final Cure - Statement of Outstanding Payment Obligations of Debtor:

$300.00 for legal fees for Bankruptcy Services

The debtor may (i) within 30 days of service of the statement, challenge the accuracy of the statement by motion filed with the court, on notice to the Kluever & Platt, LLC and the standing trustee, with the court resolving the challenge as a contested matter, or (ii) propose a modified plan to provide for payment of additional amounts that the debtor;

To the extent the amounts set forth in this Response to Notice of Final Cure - Statement of Outstanding Payment Obligations are not determined by the court to be invalid or are not paid by the debtors through the modified plan, the right of Kluever & Platt, LLC to collect these amounts will be unaffected.

Submitted by:

_____/s/ Susan J. Notarius_____
Attorney for Kluever & Platt, LLC

Susan J. Notarius - ARDC # 06209646
Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201 6679